United States District Court
Northern District of West Virginia

FILED
JAN 5 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Kevin W Hanna,  :  Pro Se Petitioner
    Petitioner
  V  :  Case No. 5:23-CV-3
F.C.I Hazelton Warden,  :  Bailey/Mazzone/Prince
Mrs. Ray.  :  28 USC 2241

## Habeus Corpus

To the Honorable Judge(s) of the said court:

And now comes, Kevin W Hanna, Pro se petitioner, and files this petition pursuant to 28 USC 2241 and represents the following information,

## Background

1. Kevin W Hanna, referred hereinafter as "Hanna", was sentenced to 6 months incarceration followed by a term of 5 years supervised release for 18 USC 1344 Bank Fraud in February 2020. Hanna violated the terms of Supervised release with 3 Grade C violations and on August 15, 2022, Hanna was sentenced

1.

to 10 months incarceration followed by a term of 12 months supervised release. Hanna's full term release date is May 8, 2023 and residential reentry center release date is April 10, 2023. Hanna is currently incarcerated at FCI Hazelton located at P.O. Box 5000, Bruceton Mills, West Virginia 26525.

Legal Standard

2. Under 28 USC 2241, Federal District Courts are granted authority to consider an application for a writ of Habeus Corpus filed by a petitioner claiming to be held "in custody in violation of the Constitution or laws or treaties of the United States".

3. Section 2241 addresses challenges to the execution of a sentence, computation of Good Conduct Time credits, First Step Act time credits and prison conditions, must be brought in the district of confinement. See Rumsfeld V Padilla, 542 US 426, 124 S.Ct. 2711, 159 L.Ed. 2d 513 (2004) (claim that challenges the present physical confinement must be filed in the district of confinement); See United States V Miller, 871

2.

F. 2d 488, 490 (4th Cir 1989) ("A claim for credit against a sentence attacks the computation and execution of the sentence rather than the sentence itself. Judical review must be sought under 28 USC 2241 in the district of confinement rather than the sentencing court.") United States V. Vance, 563 F. App'x 277, 278 (4th Cir 2014)

4. Courts must read pro se allegations in a liberal fashion and hold those pro se pleadings "to less stringent standards than formal pleadings drafted by lawyers." Haines V Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d. 652 (1972)

## Administrative Remedy

5. The law is clear that an inmate "should" exhaust administrative remedies before filing a 2241 petition in federal Court. Boumediene V Bush, 553 U.S. 723, 782, 128 S. Ct. 2229, 171 L. Ed. 2d 41 (2008). Nevertheless, "because exhaustion requirements for filing pursuant to 2241 are Judically imposed, Courts have descretion to waive exhaustion in certain circumstances and proceed to the merits of the petitioner's claims." See Myers V Williams, No 2:15-CV-49, 2015 WL 9304550, (NDW Va. Dec 21, 2015) (citing LaRue

v Adams, No 1:04-0396, 2006 US. Dist. Lexis 38934 at 8 (SDW Va. June 12, 2006)). The Court may, in its descretion, waive exhaustion" where a petitioner demonstrates futility, the actions of the agency clearly and unambiguously violates statutory or Constitutional rights, or the administrative procedure is clearly shown to be inadequate to prevent irreparable harm." See Ross V. Blake (Supreme Court 2022).

6. Petitioner in this case (Hanna) has filed an administrative remedy on medical services on November 16, 2022 and still has not received a response. Hanna also filed an administrative remedy regarding the claims addressed in this petition on November 23, 2022 and did not receive a response. Hanna's wife Shannon Casey contacted the DSCC in Grand Prairie, Texas with no success. Hanna also filed numerous communications to Case management and the Warden regarding Time Credits and early release pursuant to USSG 7B1.3(c)(2). See Exhibit "A". The relief sought in this petition needs to be brought to the Court do to time sensibility.

Prison Conditions

7. Hanna arrived at F.C.I Hazelton on September

4.

6, 2022. On arrival Hanna was placed in the Special Housing Unit (SHU) from September 6, 2022 until September 13, 2022. Hanna, while housed in SHU was deprived of (1) Medical and dental services, (2) acces to law library, (3) recreation, (4) family communication, (5) mail service and, (6) commissary. Hanna was was moved to general population, Unit M4 cell 412, on September 13, 2022. Hanna again was locked in his cell from September 15, 2022 until October 3, 2022. During this lockdown Hanna was given a total of six showers, no recreation, no family communication, no access to law library, a one time commissary order restricted to $25.00, Hygiene and over the counter products, 1300 calorie a day diet and no access to health or dental services. Hanna again was locked in his cell from November 5, 2022 until November 14, 2022. During this lockdown, Hanna was given a total of one shower, no commissary, no access to law computer, no recreation, no family communication and no health services. Hanna's medical conditions include but are not limited to, (1) hypoglycimea, (2) Treponema Pallidum, curable but the damage it has caused is irreparable, (3) Seizure disorder, (4) Hepititis C, which Hanna contracted while in the custody of the

5.

Federal Bureau of Prisons. See Hanna V Lehigh County Department of Corrections, et al., 22-CV-4305, (5) opiode use disorder, and (6) Mental Health developing disorder. The damage caused by exresive lockdowns is self authenticating.

## Time Credits

8. Pursuant to 18 USC 3632(d)(4)(A)(i) A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programing or productive activities. Hanna is determined to be a High recidivism and pursuant to FBOP policy, Hanna may not apply these earned time credits. This "High" recidivism is an opinion. Hanna has never had a misconduct. Hanna completed Drug and Alcohol education at Berks County Jail System and has completed two First Step Act programs at F.C.I Hazelton. Hanna is also disqualified from earning 54 days a year of Good Conduct Time pursuant to 18 USC 3624(b) because Hanna is serving a sentence less than 12 months. This is fundementally unfair that

Hanna is disqualified because his sentence is 10 months. Hanna will never have the opportunity to reduce his level of recidivism making it impossible to apply time credits. This policy is unconstitutional. Hanna petitioned the Warden Mrs. Ray to apply these earned time credits or release Hanna to supervised release. See 18 USC 3624(g)(1)(D)(i)(II). Hanna is a 36 year old white male. Hanna is a non violent offender. Hanna has a specialized Associates degree in Automotive Technology. Hanna has a full time Job at Drive Autos Inc, Abdul Abrahim, 717-538-2764. Hanna has oupatient Treatment scheduled at Berks Counseling Center located in Reading, Pennsylvania. Hanna has a wife and step daughter.

## References

Gazares V Hendrix, 20-CV-2019
Goodman V Ortiz, 2022 WL 5015613
Hare V. Ortiz
Gallo V. Ortiz
Adams V. United States, 372 F.3d 132, 135, (2d Cir 2004)

7.

Golf V Harper, 59 F. Supp 2d 910 (SD Iowa 1995)
Flynn V Doyle, 630 F. Supp 2d 987 (ED Wis. 2009)
18 USC 3624 et sq.
Honorable Iuina Schofield, Burdie case

Wherefore, Kevin W Hanna, Pro se petitioner, respectfully request this Honorable Court to release him to supervised release and or order the FBOP to apply the time credits Hanna has earned.

Respectfully Submitted.

Kevin Hanna

1/3/2023
Date

Kevin Hanna 77066-066
FCI Hazelton
PO Box 5000
Bruceton Mills WV 26525.

## Verification

I, Kevin W Hanna, verify that the statements made in this foregoing "Habeus Corpus" are true and correct to the best of my information, knowledge and belief. I understand false statements made herein are subject to the penalties of 18 USC 287, 1001.

## Certificate of Service

I, Kevin W Hanna, certify that copies of the foregoing document were served upon the parties listed below by United States first class mail on this 3 day of January 2023.

1/3/2023
Date

Kevin Hanna  77066-066
FCI Hazelton
PO Box 5000
Bruceton Mills, WV. 26525