IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

KEVIN W. HANNA,

        Petitioner,

v.                                  Civil Action No. 5:23-CV-3
                                      Judge Bailey

FCI HAZELTON WARDEN MRS. RAY,

        Respondent.

## ORDER DISMISSING CASE FOLLOWING NOTICE OF INTENT TO DISMISS

On January 5, 2023, petitioner filed a habeas petition under 28 U.S.C. § 2241. Because the petition was not on the Court-approved form, the Clerk of Court issued the petitioner a Notice of Deficient Pleading and Intent to Dismiss [Doc. 2]. The Notice informed petitioner that his case would be dismissed within thirty days, and if he wished to pursue a § 2241, he would have to refile his petition on the Court-approved form.

On January 17, 2023, the petitioner refiled his petition on the Court-approved form, and it was assigned Civil Action No. 5:23-CV-12. Accordingly, pursuant to the terms of the Notice, the Court **ORDERS** that this action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to mail a copy of this Order to the petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: January **25**, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1